FILED
IN OPEN COURT

JUL 2 3 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

UNITED STATES OF AMERICA   )
                           )
v.                         )   No. 2:25-cr-25
                           )
ARTHUR JULIUS CHERRY,      )
                           )
    Defendant.             )

## JURY VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT, ARTHUR JULIUS CHERRY:

<u>COUNT ONE</u>: With respect to Count One, felon in possession of a firearm, we find the defendant ARTHUR JULIUS CHERRY:

Guilty __X__          Not Guilty _____

<u>COUNT TWO</u>: With respect to Count Two, felon in possession of ammunition, we find the defendant ARTHUR JULIUS CHERRY:

Guilty _____         Not Guilty __X__

**REDACTED COPY**

07/23/2025
Date

~~Foreperson's Signature~~
Foreperson's Signature